MARTIN A. SCHAINBAUM (CSBN 37257)
601 Montgomery Street, Suite 688
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
Email: schainbm@taxwarrior.com

Attorney for Respondent

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cv-00969-JST |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT HEARING** |
| v. | |
| LAWRENCE Y. LUI, | |
| Respondent | |

It is hereby agreed and stipulated that since Respondent's counsel, Martin A. Schainbaum, is attending the American Bar Association Tax meeting in Washington D.C., traveling on May 4, 2016, that the case management hearing can be continued to 7 June 2016 at 2:00 pm, at the same time of the Order to Show Cause hearing.

Accordingly, the case management statement will now be due on 31 May 2016.

IT IS SO STIPULATED.

Dated: April 18, 2016       *s/ Cynthia Lewis. Steir*
                            CYNTHIA LEWIS. STEIR
                            Assistant United States Attorney
                            Attorney for Petitioner

Dated: April 18, 2016       *s/ Martin A. Schainbaum*
                            MARTIN A. SCHAINBAUM
                            Attorney for Respondent

Stipulation and [proposed] Order
3:16-cv-00969-JST                       1

**[PROPOSED] ORDER**

For the reasons set forth in the above Stipulation, the Court hereby continues the case management hearing in this case from May 4, 2016 to June 7, 2016, at 2:00 pm.

Dated: April 18, 2016



THE HONORABLE JOHN S. TIGAR
United States District Judge

Stipulation and [proposed] Order
3:16-cv-00969-JST

2