1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Division

5  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
6
7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7000
        FAX:       (415) 436-7009
9
10 Attorneys for the United States of America

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA, | ) CASE NO. CV 16-0969-JST
15 |                            | ) RELATED CASE:  CV-14-05383-JST
   |     Petitioner,            | )
16 |                            | ) STIPULATED REQUEST TO CONTINUE
   |  v.                        | ) HEARINGS ON ORDER TO SHOW CAUSE,
17 |                            | ) CASE MANAGEMENT CONFERENCE AND
   | LAWRENCE Y. LUI,           | ) MOTION TO QUASH REQUEST FOR
18 |                            | ) ADMISSIONS
   |     Respondent.            | )
19 |                            | ) Date: September 29, 2016
20 |                            | ) Time: 2:00 p.m.

21        COMES NOW the Petitioner, United States of America, and Respondent, Lawrence Lui, and

22 stipulate and agree, subject to this Court's approval, that the hearings on the Order to Show Cause and

23 case management conference, currently scheduled for July 12, 2016, and the hearing on the Motion to

24 Quash Request for Admissions, currently scheduled for August 18, 2016, be rescheduled to September

25 22, 2016 at 2:00.  This request is made because counsel for the United States will be on vacation from

26 July 9, 2016 to July 25, 2016, and is in a two-week trial before the Honorable Susan Illston commencing

27 September 6, 2016.  United States v. Larkin, CR 15-010-SI.  Counsel for Respondent Lui is unavailable

28 during the month of August.  Accordingly, the parties stipulate and agree, subject to this Court's

Stip Request to Continue Hearings
C-14-05383-JST                                    1

approval, to reschedule all hearings to September 22, 2016.

                                            Respectfully Submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

_____/s/_____   _____/s/_____
MARTIN SCHAINBAUM            CYNTHIA STIER
Attorney at Law              Assistant United States Attorney
Attorney for Lawrence Lui    Tax Division

ORDER

For the reasons stated by the parties in their stipulation, the Court ORDERS that the hearings on the Order to Show Cause and case management conference, currently scheduled for July 12, 2016, and the hearing on the Motion to Quash Request for Admissions, currently scheduled for August 18, 2016, be rescheduled to October 6, 2016 at 2:00. A case management statement is due ten days before the case management conference.

IT IS SO ORDERED:

Dated: July 6, 2016

                                            JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE