UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>LAWRENCE Y. LUI,<br><br>    Respondent. | Case No. 16-cv-00969-JST<br><br>**ORDER GRANTING REQUEST TO FILE A SUR-REPLY**<br><br>Re: ECF No. 40 |

On September 2, 2016, Respondent filed a Stipulation and Proposed Order to Allow Respondent to File a Sur-Reply to an unspecified motion. ECF No. 40. The Court construes this request as a motion to file a sur-reply to the Court's Order to Show Cause, ECF No. 6. So construed, the Court grants the motion. Respondent shall have until September 21, 2016 to file a sur-reply. Petitioner shall then have until September 28, 2016 to file a reply to Respondent's sur-reply.

IT IS SO ORDERED.

Dated: September 7, 2016

                                                JON S. TIGAR
                                       United States District Judge