1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

4

5 CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

6

7     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX:      (415) 436-7009

8

9

Attorneys for the United States of America

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 16-0969-JST |
| | RELATED CASE: CV-14-05383-JST |
| Petitioner, | |
| | STIPULATED REQUEST TO CONTINUE CASE |
| v. | MANAGEMENT CONFERENCE |
| | |
| LAWRENCE Y. LUI, | |
| | Date: September 20, 2017 |
| Respondent. | Time: 2:00 p.m. |

    COMES NOW the Petitioner, United States of America, and Respondent, Lawrence Lui, and stipulate and agree, subject to this Court's approval, that the case management conference, currently scheduled for September 20, 2017, be rescheduled to October 11, 2017, at 2:00. This request is made

//
//
//
//
//

because counsel for the United States will be out of town from September 18, 2017 to October 2, 2017.

Respectfully Submitted,

BAKER McKENZIE

BRIAN J. STRETCH
United States Attorney

_____/s/_____
SCOTT FREWING
Attorneyfor Respondent
Lawrence Y. Lui

_____/s/_____
CYNTHIA STIER
Assistant United States Attorney
Tax Division

ORDER

For the reasons stated by the parties in their stipulation, Court ORDERS that the case management conference, currently scheduled for September 20, 2017, be rescheduled to October 11, at 2:00. A case management statement is due seven days before the case management conference.

SO ORDERED: September 6, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE