UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>LAWRENCE Y. LUI,<br>　　　　　Defendant. | Case No. 16-cv-00969-JST<br><br>**ORDER** |

In their most recent case management statement, ECF No. 120, the parties recite the history of this litigation and then conclude, "There are no issues remaining." *Id.* at 1. They also identify no issues in their statement requiring Court intervention or supervision.

Accordingly, the Court will close this case unless any party files a written objection by May 29, 2018 at noon. If such an objection is filed, the Court will discuss it at the case management conference scheduled for May 30, 2018. Otherwise, the Court will vacate that case management conference and close the case.

**IT IS SO ORDERED.**

Dated: May 24, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge